UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| EDINEZ GONCALVES NUNES | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL NO. 2:25-cv-00357-JAW |
| | ) |
| KEVIN JOYCE, et al. | ) |
| | ) |
|    Respondents | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order Dismissing Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr. on September 29, 2025, JUDGMENT of Dismissal is hereby entered.

ERIC M. STORMS
ACTING CLERK

By:   /s/ Joanne McCue
      Deputy Clerk

Dated: September 29, 2025